**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAMAR BROWN, on behalf of himself and all
others similarly situated,

                              Plaintiffs,

              -against-

BELLA VITA INC.

                              Defendant.

Docket No: 1:22-cv-10159

**<u>NOTICE OF SETTLMENT</u>**

Now comes the Plaintiff LAMAR BROWN by and through counsel, to provide notice to the Court

that the present cause has been settled between the parties, and states:

1.  On the date of this Notice, a settlement in principle has been reached between Plaintiff and
    Defendant and a settlement agreement ("Agreement") is in the process of being finalized.
    Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant
    to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and
    without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.  The Parties jointly and respectfully request that the Court stay this case and adjourn all
    deadlines and conferences.

    Dated:    Hicksville, New York
              June 26, 2024

                                        Respectfully submitted,

                                        /s/ *Mars Khaimov*

                                        Mars Khaimov, Esq.
                                        Mars Khaimov Law, PLLC
                                        100 Duffy Ave., Suite 510
                                        Hicksville, NY 11801
                                        mars@khaimovlaw.com